IN THE DISTRICT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

_____

| | |
|---|---|
| ROBERT HAZELET and<br>SUE HAZELET | ACTION FOR NEGLIGENCE, DAMAGES<br>AND PERSONAL INJURY |
|              Plaintiffs | Civil Number:    ST-19-CV-61 |
| -v- | |
| MARRIOTT OWNERSHIP RESORTS<br>(ST. THOMAS) INC., d/b/a MARRIOTT<br>VACATIONS CLUB I, JOHN DOE<br>and ABC CORP. | JURY TRIAL DEMANDED |
|              Defendants | |

_____

**DISCOVERY MEMORANDUM**

The Plaintiffs, ROBERT and SUE HAZELET, by and through the undersigned counsel hereby submit this discovery memorandum as directed by the Court, and in anticipation of the upcoming Rule 16 conference. Therefore, it is respectfully submitted to the Court.

1. This case was brought by the Plaintiffs to recover for personal injuries sustained after Mr. Hazelet was involved in a fall on March 10, 2019. The Plaintiff was at the Marriott property by the pool area at the tiled cement wall. Mr. Hazelet was standing on the grate drainage structure that is directly beneath and adjacent to the tiled cement half wall. The grate however was not of sufficient structural strength and integrity. Because of weight, instability, and its movement this building component collapsed and shifted causing the injury to Mr. Hazelet that is the subject of this claim. Mr. Hazelet has suffered a series of permanent and left sided displaced rib fractures of the 7th, 8th, 9th and 10th ribs resulting in pain, disability, and the inability to perform his daily functions. Mr. Hazelet still suffers from a diminished range of motion, tenderness, and soreness in his chest and rib area. He has tenderness if touched or when he rolls over in bed or trying to lift anything over a few pounds. Mrs. Hazelet has a loss of consortium claim for loss of services of her husband.

2. This action was just recently commenced. However, the parties will exchange initial voluntary disclosures by October 21, 2019 and have met and agreed on a planning report that is being filed with this Court.

3. As a result of the above, there have been no discovery disputes or problems encountered to date.

4. The Plaintiff believes that factual discovery will be completed by December 31, 2019 as indicated in the Joint Planning Report.

5. The Plaintiff believes that all medical and expert discovery will be completed by November 30, 2020 as indicated in the Joint Planning Report. As the Plaintiffs primary medical providers reside off Island, this would require additional time to complete depositions. It is believed that the number of witness depositions should be approximately 5-6.

6. It is anticipated that expert testimony may be required relative to the valuation of damages and medical testimony. Plaintiff also anticipates the need for an expert in the area of liability and accident reconstruction.

7. As further indicated in the Joint Planning Report, it is not believed that there is any reason for any limitations on discovery devices beyond those in the Federal Rules of Civil Procedure.

**WHEREFORE,** the undersigned respectfully submits this discovery memorandum for the Court's review.

DATED:   October 17, 2019              Yours, etc.

                                       by: /s/Alan R. Feuerstein
                                       Feuerstein & Associates
                                       Law Offices, PLLC
                                       Attorney for Plaintiffs
                                       1207 Delaware Avenue, Suite 204
                                       Buffalo, New York 14209
                                       561-332-3113 (Florida)
                                       716-479-7442 (New York)
                                       340-690-3221 (Virgin Islands)
                                       800-528-1113 (toll free)
                                       fsllpvi@aol.com
                                       fsllp@aol.com

**CERTIFICATE OF SERVICE**

    I, Alan R. Feuerstein, do hereby certify that I have on this 17th day of October, 2019, filed via Electronic Case Filing System a true and correct copy of the foregoing Discovery Memorandum, which will send notification of filing to all attorneys of record

Niva M. Harney-Hiller, Esq.
Hamilton, Miller & Birthisel, LLP
Attorneys for Defendants
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131
305-379-3686 Telephone
305-379-3690 Facsimile
nharney@hamiltonmillerlaw.com
sripoll@hamiltonmillerlaw.com

                                                /s/Alan R. Feuerstein
                                                Alan R. Feuerstein